# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

**Place of Offense:**

**City:** Chattanooga

**County/Parish:** Hamilton

**Defendant Information:**

**Juvenile** _____ Yes _X_ No     **Matter to be Sealed:** _____ Yes _X_ No

**Defendant Name:** Donald Fillers, David Wood, James Mathis, Mathis Companies, Inc., Watkins Street Project LLC

**U.S.C. Citations:** 18:371; 42:7413(c); 18:1001; 18:1519; 18:2

**Total # of Counts:** 1     _____ Petty     _____ Misdemeanor   _X_ Felony

|  | Index Key/Code (To be Completed by Court Clerk) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 |  |  |  |

Criminal Complaint Filed _____ Yes _X_ No

Date: August 25, 2009     Signature of AUSA: **/s/Matthew T. Morris**