AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED

RECEIVER

2009 SEP 17 A 8:22

2009 AUG 26 PM 2: 43

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

U.S. MARSHAL, ED/TN
CHATTANOOGA, TENNESSEE

for the
Eastern District of Tennessee

United States of America
v.

DAVID WOOD

_____
Defendant

)
)
)
)
)
)

1:09CR - 144

Case No.   1:09-cr-_____

Collier / Carter

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    David Wood                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to violate the Clean Air Act and to defraud the United States, in violation of Title 18, United States Code, Section 371; Violations of the Clean Air Act, in violation of Title 42, United States Code, Section 7413(c)(1); False Statements, in violation of Title 18, United States Code, Section 1001; Aiding and Abetting, in violation of Title 18, United States Code, Section 2(a).

Date:   08/25/2009                          _____
                                                           Issuing officer's signature

City and state:   Chattanooga, TN               _____
                                                                     Printed name and title

---

| Return |
|---|
| This warrant was received on (date) 8/25/09 , and the person was arrested on (date) 9/15/2009 at (city and state) Chattanooga, TN. |
| Date: 9/15/2009                Holland K. Sand |
|                                    Arresting officer's signature |
|                                    Holland K. Sand, DUSM |
|                                    Printed name and title |