# UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

**CURTIS L. COLLIER**  UNITED STATES COURTHOUSE
UNITED STATES DISTRICT JUDGE  900 Georgia Avenue, Room 317
Chattanooga, TN  37402
Telephone (423) 752-5287

December 16, 2009

Ms. Carol Field
Office of the Clerk
United States Court of Appeals
503 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio   45202-3988

        Re:    Excess Fee Request, Other Services
                 *USA v. David Wood*, 1:09-CR-144

Dear Ms. Field:

     Enclosed is a memorandum and a copy of the motion for excess fee regarding the above case where the requested fee exceeds the statutory maximum.  The investigator is seeking an additional $1,600.00, for a total amount not to exceed $3,200.00.

                                                 Sincerely,


                                               Sheila Hendrix
                                               Judicial Assistant


Enclosures