# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * Case No. 1:09-cr-144 |
| vs. | * |
| | * |
| DAVID WOOD | * |

## DEFENDANT DAVID WOOD'S REQUESTED VOIR DIRE

Comes the defendant, David Wood, by and through appointed counsel, and submits the following proposed questions for purposes of voir dire:

Defendant, through counsel, has reviewed the proposed voir dire submitted by defendant Donald Fillers (R. 294) and finding no objections, hereby adopts and incorporates said voir dire into this pleading. In addition to said voir dire, defendant also submits the following:

1. Are you or any member of your family or close friends a member, former member of or contributor to an environmental organization? If so, please indicate the name(s) of said organization.

2. Have you, a member of your family or a close friend worked for or with any federal, state or local agency that has responsibilities regarding the environment including, but not limited to, the Chattanooga Hamilton County Air Pollution Control Bureau, the Tennessee Department of Environment and Conservation or the United States Environmental Protection Agency?

3. Do you, a member of your family, or close friend work or volunteer in a position with responsibilities regarding the environment or environmentally related issues?

4. Do you, a member of your family, or close friend work in medical/health related field?

5. Do you have any legal training? Describe.

6. Do you have any environmental training? Describe.

7. Do you have any medical/health training? Describe.

8. Do you, a member of your family or close friend have any health problems that you believe is associated with exposure to a pollutant, including but not limited to asbestos?

9. If a defendant should choose not to testify, can you agree not to consider this fact at all in weighing the evidence of his guilt or innocence?

SPEARS, MOORE, REBMAN & WILLIAMS, PC

BY: s/C. Eugene Shiles
Eugene Shiles, Esq. (BPR #011678)
Attorney for Defendant
801 Broad Street, 6th Floor
P.O. Box 1749
Chattanooga, TN 37401-1749
423/756-7000

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011 the foregoing **Voir Dire Questions** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/C. Eugene Shiles
BPR # 011678
Spears, Moore, Rebman & Williams, PC

F:\Library\users\CLIENTS\112900\0098\voir dire questions cj.wpd