UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:09-CR-144 |
| DAVID WAYNE WOOD, | ) | |
| Defendant, | ) | |

### RELEASE OF JUDGMENT LIEN

The United States of America releases the judgment lien entered in the above-styled case in the District Court for the Eastern District of Tennessee. The United States hereby releases the Notice of Lien filed by our office on October 31, 2012 in Hamilton County, Tennessee, and recorded in Lien Book GI 9785 Page 346.

Respectfully submitted,

NANCY STALLARD HARR
United States Attorney

By: /s/ Anne-Marie Svolto
ANNE-MARIE SVOLTO
BPR #025716
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Anne-Marie.Svolto@usdoj.gov

Sworn before me this 22 day of Dec., 2016.

_____
Notary Public

My commission expires: 4-28-2020



CERTIFICATE OF SERVICE

      I, hereby certify that on \_\_Dec. _____ 22, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Anne-Marie Svolto
Assistant United States Attorney